THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* FRANK H. BERG, JR., and ALBERT LEVIN, Respondents.

(Argued May 14, 1930; decided June 3, 1930.)

*James T. Hallinan, District Attorney (Mordecai Konowitz* of counsel), for appellant.

*Henry A. Uterhart, Alfred M. Schaffer, Philip Simon* and *Anthony Horn* for respondents.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: LEHMAN, J.